Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MIGUEL A. DIAZ an individual;

                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC; a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,

                Defendants.

Case No.: 2:19-cv-00074-JAD-CWH

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE**

ECF No. 15

      Plaintiff, Miguel A. Diaz ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

      Therefore, Plaintiff and Trans Union, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their

///
///
///
///
///
///
///

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
TEL: (702) 563-4450 FAX: (702) 552-0408

own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: April 16, 2019

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

_/s/ Kevin L. Hernandez_
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
**_Attorney for Plaintiff_**

Dated: April 16, 2019

**NAYLOR & BRASTER**

_/s/ Jennifer L. Braster_
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
**_Attorneys for Experian Information_**
**_Solutions, Inc._**

Dated: April 16, 2019

**ALVERSON TAYLOR & SANDERS**

_/s/ Trevor Waite_
Kurt Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
kbonds@alversontaylor.com
twaite@alversontaylor.com
**_Attorney for TransUnion LLC_**

**ORDER**

Based on the parties' stipulation **[ECF No. 15]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST defendant Trans Union LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 16, 2019

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
TEL: (702) 563-4450 FAX: (702) 552-0408