Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL A. DIAZ an individual;<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No.: 2:19-cv-00074-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>ECF No. 18 |

Plaintiff, Miguel A. Diaz ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiff and Experian by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own

///

///

///

///

///

///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: May 22, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: May 22, 2019

**NAYLOR & BRASTER**

*/s/ Andrew Sharples*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Experian Information
Solutions, Inc.*

**ORDER**

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. are DISMISSED with prejudice, each side to bear its own fees and costs. And because the dismissal of claims against this defendant leaves no claims or parties remaining, IT IS FURTHER ORDERED that the **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 24, 2019